◯AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED
SEP 1 4 2009
Clerk of Court

_____Southern_____ DISTRICT OF _____Texas_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Marta DEL CID MEJIA | **CRIMINAL COMPLAINT**<br><br>Case Number: H-09-743M |

I, the undersigned complainant, state that the following is true and correct to the best of my knowledge and belief.

On or about <u>September 13, 2009</u> in <u>Harris</u> County, in the <u>Southern</u> District of <u>Texas</u> defendant(s) did,
_____(Date)_____

knowing or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brings to or attempts to bring to the United States in any manner whatsoever, such alien,

in violation of Title <u>8</u> United States Code, Section(s) <u>1324</u>.

I further state that I am a <u>Customs & Border Protection Enforcement Officer</u> and that this complaint is based on
_____Official Title
the following facts:

See attached Affidavit in support of Criminal Complaint.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Jeni Best
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 14, 2009                                              Houston, Texas
_____ at                        _____
Date                                                                              City, State


Calvin Botley          United States Magistrate Judge
_____
Name of Judge          Title of Judge                        _____
                                                                                 Signature of Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeni Best, being duly sworn, depose and state as follows:

1. I am an Enforcement Officer with Customs and Border Protection. I am currently assigned to the George Bush Intercontinental Airport in Houston, Texas and have been an officer for over eleven years. My duties include conducting investigations of alleged violations of criminal laws pertaining to human trafficking, smuggling controlled substances, other contraband and/or fraudulent documents.

2. This affidavit is submitted in support of a complaint charging Marta Carolina DEL CID MEJIA with Bringing In and Harboring Certain Aliens in violation of Title 8 United States Code, Section 1324.

3. The facts and information contained in this affidavit are based upon my personal knowledge, the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the defendant or defendants are listed below.

4. On September 13, 2009, Marta DEL CID MEJIA, a United States Citizen, applied for admission into the United States upon return from a trip to Guatemala. DEL CID MEJIA presented a United States passport bearing the number, 450897645, as proof of identity and citizenship. DEL CID MEJIA was traveling with a minor female. DEL CID MEJIA presented a United States passport bearing the number, 445432730, in the name Genesis Noemi DEL CID MEJIA as proof of citizenship and identity. DEL CID MEJIA indicated to the CBP Primary Officer White that the minor child was her daughter. CBP Officer White suspected the child to be an imposter to the document and referred DEL CID MEJIA and the minor into passport control secondary for verification of the child's citizenship and identity.

5. In passport control secondary, a photo comparison was made of the minor and the passport and it was determined that the minor female was likely an imposter to the US Passport presented by DEL CID MEJIA. DEL CID MEJIA was taken to a holding cell where a personal search was conducted. During the personal search, DEL CID MEJIA was questioned about the identity of the child. DEL CID MEJIA stated that the child belonged to her friend "Christina" in Guatemala and she was bringing the child to her family in the United States. The interview of DEL CID MEJIA was then ceased until she could be read her Miranda Rights. During an interview with the child, she initially stated that her name was Genesis, but could not provide more details. The minor then stated that her name is Maria Graciela FAJARDO ARAGON and that "Ms. Marta" (DEL CID MEJIA) was bringing her to her father and grandmother in the United States. FAJARDO ARAGAON stated that her mother, grandmother and "Ms. Marta"( DEL CID MEJIA ) instructed her to say her name is Genesis

1

    Noemi DEL CID MEJIA and she is traveling with her mother. The minor indicated that her brother was supposed to come with her but he did not travel.

6. A search of DEL CID MEJIA's belongings produced two South Dakota birth certificates, one in the name Rafael DELCID MEJIA and Genesis DELCID MEJIA and a US Passport in the name Rafael DELCID MEJIA. Two separate flight itineraries were found in the DEL CID MEJIA's luggage and verified in CBP systems. The first itinerary showed DEL CID MEJIA traveling to Guatemala on September 8, 2009 by herself and returning on September 12, 2009 by herself. The travel arrangements were purchased from Nikki's La Mexicana in Sioux Falls, SD on 08/31/2009. The second itinerary shows Genesis DEL CID MEJIA and Rafael DEL CID MEJIA traveling to the United States on September 12, 2009 and returning to Guatemala on September 24, 2009. This itinerary was purchased on the same date from Nikki's La Mexicana. These reservations for Genesis DEL CID MEJIA and Marta DEL CID MEJIA were changed to arrive in the United States on September 13, 2009. Rafael DEL CID MEJIA did not travel on this date nor was a change made to his itinerary.

7. DEL CID MEJIA was read her Miranda Rights in the English language. DEL CID MEJIA signed that she understood her rights and wished to consult with an attorney before answering any questions.

8. Based on the foregoing, I believe there is probable cause to conclude that on September 13, 2009, Marta DEL CID MEJIA did violate Title 8 United States Code, Section 1326, Bringing In and Harboring Certain Aliens.

                                                 _____
                                                 Jeni Best
                                               Enforcement Officer
                                               U.S. Customs Border Protection

Sworn and subscribed before me this **14th** day of September 2009 and I find probable cause.

                                               _____
                                               Calvin Botley
                                               U.S. Magistrate Judge