**COURTROOM MINUTES:**
The Honorable <u>Calvin Botley</u> Presiding
Deputy Clerk <u>Paul A. Yebernetsky</u>

Clerk, U.S. District Court
Southern District of Texas
Filed
9-15-09
Michel N. Milby, Clerk

Interpreter Present? ☐ Yes ☒ No    ERO <u>ERO</u>
USPT/USPO <u>Virginia Fendley</u>

OPEN <u>2:12</u> ADJOURN <u>2:16</u>

☐ OTHER DISTRICT    ☐ DIVISION              THEIR CASE# _____

**PROCEEDING HELD:**
☒ Initial Appearance       ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing             ☐ Identity                         ☐ Hearing Continued on _____
☐ Detention Hearing        ☐ Preliminary Hearing              ☐ Other _____

CASE NUMBER ☐ CR ☐ MJ <u>H-09-743M</u> Defendant # _____

<u>MARTA DEL CID MEJIA</u>     AUSA <u>Martha Minnis</u>

☒ Date of arrest <u>9-15-09</u>                                ☐ Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Superceding ☒ Complaint
Violation of ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared     ☐ with ☒ without counsel

☒ Defendant requests appointed counsel.  Andres Sanchez  ☒ Financial Affidavit executed and sworn.
☒ Order appointing Federal Public Defender             ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☒ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked         ☐ Bond reinstated       ☐ Bond Continued
☒ Defendant _____ remanded to custody        ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity
☒ Defendant(s) _____ is/are scheduled on <u>Monday 9-21-09</u> at <u>2:00 P.M.</u> for:
   ☐ Arraignment          ☐ Counsel Determination Hearing      ☐ Identity Hearing
   ☒ Detention Hearing    ☒ Preliminary Hearing                ☐ Final Revocation Hearing